F.A.U.L.K.N.E.R.

━━━━━━━━━━━━━━━

Mr. Benjamin Faulkner ... Fed. No. 90411-083 ...
P.O. Box 33 ... The Challenge Program ..........
United States Penitentiary ......................
Terre Haute, Indiana 47808-0033 ................

[ January 17, 2023 ]

The United States Court Of Appeals
For The Fourth Circuit
Office Of The Clerk Of The Court
1100 E, Mail Street Suite 501
Richmond Virginia 23219


R.e.: Faulkner v. United States, 22-7459
    'Enclosed Filing'


    Clerk Of Court;

    Greetings from the Federal Correctional Complex and United States Penitentiary, located in Terre Haute, in Indiana. Enclosed you will find a Original and a copy of the above and foregoing matter.

    Please note the article was mailed useing the 'Prison Mail Box' rule of Houston V. Lack 487 US. 266 ( 1988) as we have not yet began to use the 'Computers' enjoyed by other institutions, in the Federal Syatem and 'Pacer,' is not approved as of yet.

    Please file and return one of the documents, or another proof of filing in this matter. And assistance would be great.

    Note the BOP has yet to accept the document as a Legal Envelope dispite the compliance by the clerk.

Respectfully Submitted By;
Benjamin Faulkner

RECEIVED
2023 JAN 31 PM02:10
U.S. COURT OF APPEALS
FOURTH CIRCUIT

Appeal No. 22-7459

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

BENJAMIN FAULKNER

Appellant / Petitioner

Vs.

UNITED STATES OF AMERICA

Appellee / Respondent

APPELLANT"S MOTION FOR EXTENSION OF TIME
( Fed. R. App. P. Rule (s) And 27 ; And Local Circuit Rules )

On Petition From The United States District Court

For The Eastern District Of Virginia

( 3:22-cv-00073-JAG D.C. )

Submitted By;

Mr. Benjamin Faulkner .... Fed. No. 90411-083

P.O. Box 33 ... United States Penitentiary ...

Terre Haute, Indiana 47808-0033

Appeal No. 22-7459

## IN THE UNITED STATES COURT OF APPEALS

## FOR THE FOURTH CIRCUIT

Benjamin Faulkner

Appellant / Petitioner,

Vs.

UNITED STATES OF AMERICA,

MOTION FOR EXTENSION OF TIME

( Fed. R. App. P. Rule 26 (b) )

A. Grounds For Motion

COMES NOW, Benjamin Faulkner, In re Pro - Se, and Federal Prisoner in the above captioned matter, moves this Court For Extension of Time, to March 31, 2023, for the following and foregoing reasons, under Extraordinary Circumstances, as follows;

As authorized by Rule 26 (b) of the Federal Rules Of Appellate Procedure, the Court is authorized to grant an extension of time, when good cause is shown. And the LEAVE to do so. The delay is necessary to allow the Appellate time to comply with the rules of the Court, and the limitations to the Court Of Appeals, and the Respected Clerk Of The Court. as follows:

1. That Benjamin Faulkner, (Faulkner), is currently a Prisoner at the Federal Correctional Complex,,in the United States Penitentiary located in Terre Haute, in Indiana.

2. That on or about the 10thdate of February, 2023, Faulkner recieved a package from the Clerk of the Court Of Appeals For The Fourth Circuit, which contained the instructions from this Court. However this package was mailed on the 22nd date of December 2022. And the Clerk identified the envelope as "Special Legal Mail", -see- attached .

3. That dispite the Federal Bureau Of Prisons is a branch of the 'Justice Department,'and the fact that Officers open and inspect the article when it is opened, they currently refuse to comply with any other Court of Appeals addressed Special Legal Mail, except the Seventh, stateing "we do not have to comply" with any other Courts. And unless the Clerk Identifies with 'personal Information'. Which does not comply with the Federal Codes of Regulations or Policy.

4. As a direct result of the aforementioned, that Faulkner did not recieve this notification, until after the 10th of February, 20[23]. The Bureau of Prisons refused to deliver the package, until it was convient for the Officer delivering it, as a direct result, Staff stood in the way, -see- Holland v. Florida, 560 US. 631, 639 (2010 ).

5. Faulkner, seeks to -re set- the deadlines, for reasons of Extraordinary conditions,that "Government Stood In The Way", to deliver postal mail, prevented access to this Court, and its instructions of Appeal.

6. Further, a "Motion To Reconsider", should be pending, as it was filed on the same envelope as the Court's Notice Of Appeal. And has yet to be rulled upon.

Motion For Extension Of Time

7. That Movant / Appellate, simply requests up to and also including March 31, 2023 .. To complete all the tasks, required by this Clerk, as well as this Court.

8. And most reciently, An emergency was declared, at the United States Penitentiary, located in Terre Haute, also more specifically within the Challenge as well as Life Connections unit, as a direct result of altercations with 'staff and Inmates', But the Appellate was [ NOT ] involved and as a Direct Result, those Units, ( one which is my program Unit ), was under a lockdown orders, until investigations could be concluded, I was also effected by those lockdowns.

9. As a Direct result of 'both' the [ Lockdowns ], and as well as the [ Mail delivery by staff delay ], the compliance with this Courts Orders, as well as the clerks, could not be met. -see- Holland V. Florida, 560 US. 637,640 ( 2010 ). ("Noteing that although the Lockdown in the 'fight' issue is due to security", that what is not is the serious delay in the BOP, getting the Mail, in other than 'Special Legal Mail" Forum. That the delay was not Petitioner's fault, but the result of Staff inthe way preventing responding, ( Legal or otherwise ).

WHEREFORE, for the above and foregoing reasons, and due to the aforementioned conditions beyond the control of the Petitioner, move this Court also under extraordinary circumstances, for an extension of time, and any other relief that this Court deems just, and of course the LEAVE to do so.

Entered this [ 17th ] date of [ Jan ], 2023.

Respectfully Submitted By;

Mr. Benjamin Faulkner ... Fed. No. 90411-083 ...
P.O. Box 33, United States Penitentiary .........
The Challenge Program
Terre Haute, Indiana 47808-0033

Certificate Of Service                                    Page   .

## CERTIFICATE AND DECLARATION OF SERVICE

      I Benjamin Faulkner, hereby state that the above and foregoing was placed in the United States Postal Service, Postage Prepaid, on this [ 17th ], date of [ Jan ], 20[ 23 ] By placing the article to be mailed in the hands of a Federal Prison Employee, in the Mail Room, and .or from the Unit, and after Officers first verified the mailer, then inspected the article to be mailed, then after verification, and inspection, placed Indigent Postage on the article, then delivering the article to a U.S. Postal Carrier, who delivered the article to the address as listed below, all pursuant to the Federal 'Prison Mail Box Rule', of Houston v. Lack, 487 US. 266 ( 1988 ), a copy was generated to the following:

The United States Attroney Office, AUSA Janet Jin Ah Lee, AUsA Eastern District OF Virginia, 919 Main Street, Suite 1900, Richmond Va. 23219.


Respectfully Submitted;
*/s/ Benjamin Faulkner*
Mr. Benjamin Faulkner
Fed. No. 90411-083
P.O. Box 33
United States Penitentiary
Terre Haute, Indiana 47808-0033

Certificate Of Compliance                              Page    .

      I, Benjamin Faulkner, Fed. No. 90411-083, hereby state that the above and foregoing was previously, prepaired and complies with both the word limitations, as well as pagre restrictions , both found at Fed.R.App. P. Rule 32(f) This Document is limited to [    ] pages, and with the restricted use of a typewriter, a Swintec 2410 CC, with a print wheel as 12 Pt. pitch wheel, and within the [ 15 ] page limits, this document is [ 6 ], pages long.


Respectfully Submitted;
*[signature]*
Mr. Benjamin Faulkner
Fed. No. 90411-083

F.A.U.L.K.N.E.R.
╉═══════════╉

Mr. Benjamin Faulkner ... Fed. No. 90411-083 ...
P.O. Box 33 ... The Challenge Program ..........
United States Penitentiary .....................
Terre Haute, Indiana 47808-0033 ................

[                                              ]

The United States Court Of Appeals
For The Fourth Circuit
Office Of The Clerk Of The Court
1100 E, Mail Street Suite 501
Richmond Virginia 23219


R.e.: Faulkner v. United States, 22-7459
      'Enclosed Filing'


        Clerk Of Court;
            Greetings from the Federal Correctional Complex and United
States Penitentiary, located in Terre Haute, in Indiana. Enclosed you
will find a Original and a copy of the above and foregoing matter.

        Please note the article was mailed useing the 'Prison Mail Box'
rule of Houston V. Lack 487 US. 266 ( 1988) as we have not yet began to
use the 'Computers' enjoyed by other institutions, in the Federal Syatem
and 'Pacer,' is not approved as of yet.

        Please file and return one of the documents, or another proof
of filing in this matter. And assistance would be great.

        Note the BOP has yet to accept the document as a Legal Envelope
dispite the compliance by the clerk.

Respectfully Submitted By;
[signature]
Benjamin Faulkner

Appeal No. 22-7459

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

BENJAMIN FAULKNER

Appellant / Petitioner

Vs.

UNITED STATES OF AMERICA

Appellee / Respondent

APPELLANT"S MOTION FOR EXTENSION OF TIME
( Fed. R. App. P. Rule (s) And 27 ; And Local Circuit Rules )

On Petition From The United States District Court

For The Eastern District Of Virginia

( 3:22-cv-00073-JAG D.C. )

Submitted By;
Mr. Benjamin Faulkner .... Fed. No. 90411-083
P.O. Box 33 ... United States Penitentiary ...
Terre Haute, Indiana 47808-0033

Appeal No. 22-7459

IN THE UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

Benjamin Faulkner

Appellant / Petitioner,

Vs.

UNITED STATES OF AMERICA,

MOTION FOR EXTENSION OF TIME
( Fed. R. App. P. Rule 26 (b) )

COMES NOW, Benjamin Faulkner, In re Pro - Se, and Federal Prisoner in the above captioned matter, moves this Court For Extension of Time, to March 31, 2023, for the following and foregoing reasons, under Extraordinary Circumstances, as follows;

A. Grounds For Motion

As authorized by Rule 26 (b) of the Federal Rules Of Appellate Procedure, the Court is authorized to grant an extension of time, when good cause is shown. And the LEAVE to do so. The delay is necessary to allow the Appellate time to comply with the rules of the Court, and the limitations to the Court Of Appeals, and the Respected Clerk Of The Court. as follows;

1. That Benjamin Faulkner, (Faulkner), is currently a Prisoner at the Federal Correctional Complex,,in the United States Penitentiary located in Terre Haute, in Indiana.

2. That on or about the 10thdate of ~~February~~ January, 2023, Faulkner recieved a package from the Clerk of the Court Of Appeals For The Fourth Circuit, which contained the instructions from this Court. However this package was mailed on the 22nd date of December 2022. And the Clerk identified the envelope as "Special Legal Mail", -see- attached.

3. That dispite the Federal Bureau Of Prisons is a branch of the 'Justice Department,'and the fact that Officers open and inspect the article when it is opened, they currently refuse to comply with any other Court of Appeals addressed Special Legal Mail, except the Seventh, stateing "we do not have to comply" with any other Courts. And unless the Clerk Identifies with 'personal Information'. Which does not comply with the Federal Codes of Regulations or Policy.

4. As a direct result of the aforementioned, that Faulkner did not recieve this notification, until after the 10th of ~~February~~ January, 20[23]. The Bureau of Prisons refused to deliver the package, until it was convient for the Officer delivering it, as a direct result, Staff stood in the way, -see- Holland v. Florida, 560 US. 631, 639 (20 10 ).

5. Faulkner, seeks to -re set- the deadlines, for reasons of Extraordinary conditions, that "Government Stood In The Way", to deliver postal mail, prevented access to this Court, and its instructions of Appeal.

6. Further, a "Motion To Reconsider", should be pending, as it was filed on the same envelope as the Court's Notice Of Appeal. And has yet to be rulled upon.

7. That Movant / Appellate, simply requests up to and also including March 31, 2023 .. To complete all the tasks, required by this Clerk, as well as this Court.

8. And most reciently, An emergency was declared, at the United States Penitentiary, located in Terre Haute, also more specifically within the Challenge as well as Life Connections unit, as a direct result of altercations with 'staff and Inmates', But the Appellate was [ NOT ] involved and as a Direct Result, those Units, ( one which is my program Unit ), was under a lockdown orders, until investigations could be concluded, I was also effected by those lockdowns.

9. As a Direct result of 'both' the [ Lockdowns ], and as well as the [ Mail delivery by staff delay ], the compliance with this Courts Orders, as well as the clerks, could not be met. -see- Holland V. Florida, 560 US. 637,640 ( 2010 ). ("Noteing that although the Lockdown in the 'fight' issue is due to security", that what is not is the serious delay in the BOP, getting the Mail, in other than 'Special Legal Mail" Forum. That the delay was not Petitioner's fault, but the result of Staff inthe way preventing responding, ( Legal or otherwise ).

WHEREFORE, for the above and foregoing reasons, and due to the aforementioned conditions beyond the control of the Petitioner, move this Court also under extraordinary circumstances, for an extension of time, and any other relief that this Court deems just, and of course the LEAVE to do so.

Entered this [ 17 ] date of [ January ], 2023.

Respectfully Submitted By:

*/s/ Benjamin Faulkner*
Mr. Benjamin Faulkner ... Fed. No. 90411-083 ...
P.O. Box 33, United States Penitentiary .........
The Challenge Program
Terre Haute, Indiana 47808-0033

Certificate Of Service                                    Page   .

## CERTIFICATE AND DECLARATION OF SERVICE

I Benjamin Faulkner, hereby state that the above and foregoing was placed in the United States Postal Service, Postage Prepaid, on this [ 17 ], date of [ January ], 20[23]. By placeing the article to be mailed in the hands of a Federal Prison Employee, in the Mail Room, and .or from the Unit, and after Officers first verified the mailer, then inspected the article to be mailed, then after verification, and inspection, placed Indigent Postage on the article, then delivering the article to a U.S. Postal Carrier, who delivered the article to the address as listed below, all pursuant to the Federal 'Prison Mail Box Rule', of Houston v. Lack, 487 US. 266 ( 1988 ), a copy was generated to the following;

The United States Attroney Office, AUSA Janet Jin Ah Lee, AUsA Eastern District OF Virginia, 919 Main Street, Suite 1900, Richmond Va. 23219.


Respectfully Submitted;
Mr. Benjamin Faulkner
Fed. No. 90411-083
P.O. Box 33
United States Penitentiary
Terre Haute, Indiana 47808-0033

Certificate Of Compliance                                    Page   .

      I, Benjamin Faulkner, Fed. No. 90411-083, hereby state that the above and foregoing was previously, prepaired and complies with both the word limitations, as well as pagre restrictions , both found at Fed.R.App. P. Rule 32(f) This Document is limited to [    ] pages, and with the restricted use of a typewriter, a Swintec 2410 CC, with a print wheel as 12 Pt. pitch wheel, and within the [ 15 ] page limits, this document is [ 6 ], pages long.


Respectfully Submitted;
*Ben Faulkner* (signature)
Mr. Benjamin Faulkner
Fed. No. 90411-083

Ben Faulkner
#90411-083
USP-Terre Haute
P.O. Box 33
Terre Haute, IN 47808

Pg: 17 of 18    Filed: 01/31/2023    Doc: 7    USCA4 Appeal: 22-7459







INMATE
IDENTIFICATION
CONFIRMED

U.S. District Court
Eastern District of Virginia

~~Richmond, VA 23219-3528~~

U.S. Court of Appeals
For the Fourth Circuit
1100 East Main Street, Suite 501
Richmond, VA. 23219-3525

RECEIVED
U.S. MARSHALS